IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:07CR57 |
| | ) | |
| TRACY McCANTS, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

Before the court is a Joint Motion to Continue Hearing on the Motion to Suppress [25]. Good cause being shown, the motion will be granted and the evidentiary hearing on the Motion to Suppress [17] will be continued.

IT IS ORDERED:

1. That the Joint Motion to Continue Hearing on the Motion to Suppress [25] is granted; and

2. That the evidentiary hearing on the Motion to Suppress [17] is continued to **May 15, 2007** at **9:00 a.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 25th day of April, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge