## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:07CR57 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TRACY McCANTS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's motion to withdraw the motion to suppress statements (Filing No. 27).

**IT IS ORDERED** that defendant's motion to withdraw (Filing No. 27) is granted. Defendant's motion to suppress (Filing No. 17) is deemed withdrawn. The clerk will term on the docket defendant's motion to suppress (Filing No. 17).

DATED this 14th day of May, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge